# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DEANA L. SLONE,**

       **Plaintiff,**  :

  v.                      **Case No. 2:20-cv-4850**
                                  **Judge Sarah D. Morrison**
                                  **Magistrate Judge Elizabeth P.**
**COMMISSIONER OF**             **Deavers**
**SOCIAL SECURITY,**  :

       **Defendant.**

## ORDER

This matter is before the Court on the October 21, 2021 Report and Recommendation issued by the Magistrate Judge. (ECF No. 21.) The time for filing objections has passed, and no objections have been filed. Accordingly, the Court hereby **ADOPTS** and **AFFIRMS** the Report and Recommendation. For the reasons set forth therein, the decision of the Commissioner is **REVERSED,** and the case is hereby **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g). The Clerk is **DIRECTED** to **TERMINATE** this case from the docket records of the United States District Court for the Southern District of Ohio.

    **IT IS SO ORDERED.**

                                            /s/ Sarah D. Morrison
                                            **SARAH D. MORRISON**
                                            **UNITED STATES DISTRICT JUDGE**